## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHARIF WILLIAMSON, | : | Civil No. 3:15-cv-1797 |
| | : | |
| Plaintiff | : | (Judge Mariani) |
| | : | |
| v. | : | |
| | : | |
| SUPERINTENDENT GARMAN, *et al.*, | : | |
| | : | |
| Defendants | : | |

### ORDER

**AND NOW**, this 29th day of June, 2016, upon consideration of Defendants' motions (Docs. 15, 24) to dismiss, and for the reasons set forth in the Court's Memorandum Opinion of the same date, **IT IS HEREBY ORDERED THAT:**

1.   The motions (Docs. 15, 24) to dismiss are **GRANTED**.

2.   Plaintiff's Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**.

3.   Plaintiff is granted **28 days from the date of this Order** to file an Amended Complaint. Failure to timely file an Amended Complaint may result in the dismissal of Plaintiff's action.

4.   Should Defendants file a Motion to Dismiss Plaintiff's Amended Complaint, Plaintiff must file a brief in opposition to such motion within 14 days after service of Defendants' brief.[1]

Robert D. Mariani
United States District Judge

---

[1] *See* M.D. Pa. Local Rule 7.6 ("Any party opposing any motion, other than a motion for summary judgment, shall file a brief in opposition within fourteen (14) days after service of the movant's brief . . . . Any party who fails to comply with this rule shall be deemed not to oppose such motion.") (emphasis added).