IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHARIF WILLIAMSON, | Civil No. 3:15-cv-1797 |
| Plaintiff | (Judge Mariani) |
| v. | |
| SUPERINTENDENT GARMAN, *et al.*, | |
| Defendants | |

## ORDER

**AND NOW**, this 9th day of January, 2017, upon consideration of Defendants' motion (Doc. 29) to dismiss the amended complaint, and for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT:**

1. The motion (Doc. 29) to dismiss is **GRANTED**.

2. Plaintiff's Amended Complaint (Doc. 28) is **DISMISSED WITHOUT PREJUDICE**.

3. Plaintiff is granted **28 days from the date of this Order** to file a Second Amended Complaint. Failure to timely file a Second Amended Complaint may result in the dismissal of Plaintiff's action.

4. The Second Amended Complaint must specifically allege the following:

    a. Any claims of personal involvement by Defendant Lehman showing his personal direction or actual knowledge and acquiescence in the strip search.

    b. Any allegations that the strip search was unnecessary and was conducted in an unconstitutional and illegal manner.

    c. Any actions the officers took that show the use of unnecessary force. Plaintiff must state specifically which officers placed their weight on him, and the manner in which they applied their weight.

    d. Any actions or statements made by the officers that reveal the officers derived sexual pleasure from the strip search. Plaintiff must state specifically which officers touched him, what body part was touched, and the manner in which the officers touched him.

5. Should Defendants file a Motion to Dismiss Plaintiff's Second Amended Complaint, Plaintiff must file a brief in opposition to such motion within 14 days after service of Defendants' brief.[1]

_/s/ Robert D. Mariani_
Robert D. Mariani
United States District Judge

---

[1] See M.D. Pa. Local Rule 7.6 ("Any party opposing any motion, other than a motion for summary judgment, shall file a brief in opposition within fourteen (14) days after service of the movant's brief .... <u>Any party who fails to comply with this rule shall be deemed not to oppose such motion.</u>") (emphasis added).