IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHARIF WILLIAMSON, | : | Civil No. 3:15-cv-1797 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| SUPERINTENDENT GARMAN, et al., | : | |
| Defendants | : | |

## ORDER

AND NOW, this 22nd day of June, 2017, upon consideration of Defendants' motion (Doc. 36) to dismiss the second amended complaint, and for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT**:

1. The motion (Doc. 36) to dismiss is **GRANTED**.

2. Plaintiff's second amended complaint (Doc. 35) is **DISMISSED WITH PREJUDICE**.

3. The Clerk of Court is directed to **CLOSE** this action.

4. Any appeal from this Order is **DEEMED** frivolous and not in good faith. See 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge